## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior Judge Marcia S. Krieger

**Civil Action No. 19-cv-01055-MSK**

**JOHN SWOMLEY, TODD BARKER, DAVID GOLDSTEIN, ELIZABETH SWOMLEY, OLIVIA SWOMLEY, JAMES SWOMLEY, SARAH SWOMLEY, ROBERT COSINUKE, WILLA COSINUKE, JENNIFER KRIER, ABIGAYLE COSINUKE, AUGUST COSINUKE, KATHRYN VAGNEUR, BRUCE BARKER, GERRY BARKER, TOM STEWART, BARBRA STEWART, THOMAS H. STEWART, KATHERINE KENNEY, ERIC VOTH, and MICHELLE VOTH,**

      **Petitioners,**

**v.**

**KAREN SCHROYER, in her official capacity as District Ranger, Aspen-Sopris Ranger District, White River National Forest, United States Forest Service, and UNITED STATES FOREST SERVICE, a federal agency of the United States Department of Agriculture,**

      **Federal Respondents.**

---

### JOINT CASE MANAGEMENT PLAN FOR
### PETITIONS FOR REVIEW OF AGENCY ACTION

---

**1.  APPEARANCES OF COUNSEL**

<div style="margin-left:40%">

For Petitioners:
JOHN SWOMLEY
Swomley & Tennen, LLP
50 Congress St., Suite 600
Boston, MA 02109
Tel: (617) 227-9443
Fax: (617) 227-8059
jswomley@swomleyandtennen.com

For Federal Respondents:
HAYLEY A. CARPENTER
United States Department of Justice
Trial Attorney
601 D Street NW
Washington, DC 20004
Tel: (202) 305-0242

</div>

Fax: (202) 305-0506
hayley.carpenter@usdoj.gov

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on the presentation of federal question, 28 U.S.C. §  1331. The Court also has jurisdiction based on the Petitioners' challenge under the  Administrative Procedure Act, 5 U.S.C. §§ 551 *et seq.*

Federal Respondents reserve the right to raise any defenses, including jurisdictional defenses, including  but  not  limited  to  the  Petitioners'  lack  of  standing  and  failure  to  exhaust administrative  remedies defenses.

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    **A.     Date Petition for Review Was Filed: April 10, 2019**

    **B.     Date Petition for Review Was Served on U.S. Attorney's Office: April 16, 2019**

    **C.     Date Answer or Other Response Was Filed: June 28, 2019**

**4.     STATEMENT(S) REGARDING WHETHER THIS CASE RAISES UNUSUAL  CLAIMS OR DEFENSES**

    NA.

**5.     OTHER MATTERS**

    NA.

**6.     BRIEFING SCHEDULE**

    **A.     Deadline for Lodging the Administrative Record: July 29, 2019**

    **B.     Deadline for Parties to Confer on Record Disputes: August 27, 2019**

    **C.     Deadline for Filing Motions to Complete and/or Supplement the  Administrative Record: September 26, 2019**

    **D.     Petitioners' Opening Brief Due: October 28, 2019 (40-page limit, excluding captions and tables)**

    **E.     Federal Respondents' Response Brief Due: November 25, 2019 (52-page**

**limit, excluding captions and tables)**

    **F.**    **Petitioners' Reply Brief (If Any) Due: December 10, 2019 (20-page limit, excluding captions and tables)**

## 7. STATEMENTS REGARDING ORAL ARGUMENT

    **A.**    **Petitioners' Statement:** Petitioner requests oral argument. The issues, especially   as they relate to mycology and carbon sequestration, are sufficiently novel and  complex as to warrant a more discursive format.

    **B.**    **Federal Respondents' Statement:** Federal Respondents request oral argument if  the Court believes it would assist with resolving the issues in this case.

## 8. *CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE*

### *Indicate below the parties' consent choice.*

    **A.**    **( )**    **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **(x)**    **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 9. OTHER MATTERS

NA.

## 10. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

    DATED this 2nd day of July, 2019.

                    **BY THE COURT:**

                    *Marcia S. Krieger*

                _____

                    Marcia S. Krieger
                    Senior United States District Judge

APPROVED:

Attorney for Petitioners:

*/s/ John Swomley (with permission)*
John Swomley (BBO#551450)
Swomley & Tennen, LLP
50 Congress St., Suite 600
Boston, MA 02109
Tel: (617) 227-9443
Fax: (617) 227-8059
jswomley@swomleyandtennen.com


Attorney for Federal Respondents:

LAWRENCE VANDYKE
Deputy Assistant Attorney General
Environment & Natural Resources Division

 */s/ Hayley A. Carpenter*
HAYLEY  A. CARPENTER
United States Department of Justice
Trial Attorney
601 D Street NW
Washington, DC 20004
Tel: (202) 305-0242
Fax: (202) 305-0506
hayley.carpenter@usdoj.gov